THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT LEWIS, Appellant. [610 NYS2d 914] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, Rogowski, J.—Arson, 3rd Degree.) Present—Green, J. P., Balio, Lawton, Doerr and Boehm, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH J. DUDEK, Appellant. [610 NYS2d 914] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, Rogowski, J.—Attempted Assault, 2nd Degree.) Present—Pine, J. P., Fallon, Callahan, Davis and Boehm, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JANE CROWLEY, Appellant. [610 NYS2d 915] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Supreme Court, Erie County, Kubiniec, J.—Attempted Robbery, 2nd Degree.) Present—Pine, J. P., Fallon, Callahan, Davis and Boehm, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES M. RODGERS, Appellant. [610 NYS2d 915] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, Drury, J.—Sexual Misconduct.) Present—Pine, J. P., Fallon, Callahan, Davis and Boehm, JJ.